# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 11, 2018

## NO.  03-18-00350-CV

**T. Y. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on May 16, 2018.  Having reviewed

the record and the parties' arguments, the Court holds that there was no reversible error in the

judgment.  Therefore, the Court affirms the trial court's judgment.  Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.